UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
MORDECHAI HIRSCH,

       Plaintiff

                                            ORDER
    -against-                          04 CV 596 (ILG)

ALLIED INTERSTATE, INC.,

       Defendant.
------------------------------------------------x
GLASSER, United States District Judge:

       In a Report and Recommendation dated April 25, 2005, Magistrate Judge Pollak recommends that this action be dismissed for lack of prosecution and that objections, if any, should be filed within ten days; and, that failure to do so would be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation is, after due consideration, hereby adopted in its entirety and the Clerk of Court is directed to dismiss this case accordingly.

       SO ORDERED.

Dated:      Brooklyn, New York
              July 13, 2005

                                                 S/

                                            I. Leo Glasser

Copy sent to:

Adam J. Fishbein, Esq.
735 Central Avenue

Woodmere, NY 11598